DIMARCO CORPORATION, by its statutory trustees, Harold Richard Westerhold and Marjorie Ann Lanemann Westerhold, Plaintiffs-Appellants,

v.

The MEMBERS of the INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL NO. 1, the Colonial Bank and Kenneth F. Davis, Trustee, Defendants-Respondents.

No. 51996.

Missouri Court of Appeals, Eastern District, Division Three.

May 26, 1987.

Jack F. Allen, Clayton, for plaintiffs-appellants.

Jeffrey E. Hartnett and James E. Hawk, Jr., Clayton, for defendants-respondents.

### ORDER

PER CURIAM.

Plaintiffs, Dimarco Corporation, by its statutory trustees, Harold Richard Westerhold and Marjorie Ann Lanemann Westerhold, brought an action for a mechanic's lien and money damages. The trial court did not decree a mechanic's lien, but did enter a judgment in the amount of $3,236.00 plus interest against the Members of The International Association of Heat and Frost Insulators and Asbestos Workers Local No. 1. Plaintiffs' appeal. Affirmed. Rule 84.16(b).